FILED

AUG 0 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00480 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER EXCLUDING TIME BETWEEN AUGUST 1, 2005 AND AUGUST 26, 2005 UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161(h)(8)(A) |
| RASHAD MORRIS WILLIAMS, | ) | |
| Defendant. | ) | |

ORDER

For the reasons set forth in the stipulation,

1. The above-captioned case is set before this Court for initial appearance and change of plea on August 26, 2005 at 9:00 a.m. The defendant was arraigned on the charged in the information on August 1, 2005. August 26, 2005 is the next available date of this Court.

2. It is ordered that the period between August 1, 2005 and August 26, 2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A). The ends of justice served by the delay, such that the proceedings may take place before this Court, outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: AUG 2, 2005

D. LOWELL JENSEN
United States District Judge