## PROPOSED ORDER/COVER SHEET

TO: Honorable Wayne D. Brazil  
U.S. Magistrate Judge

RE: WILLIAMS, RASHAD

FROM: Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR05-00480DLJ

DATE: September 8, 2005

**FILED**
SEP 9 - 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

TAIFA M. GASKINS  
U.S. Pretrial Services Officer

510-637-3750  
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

_____   9-9-05
JUDICIAL OFFICER                       DATE

cc: WDB's Stats, Copy to parties by ECF,
Pretrial, Frances

| | |
|---|---|
| **To:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge |
| **From:** | Taifa M. Gaskins<br>U.S. Pretrial Services Officer |
| **Subject:** | Williams, Rashad<br>CR05-00480DLJ |
| **Date:** | September 8, 2005 |



# MEMORANDUM

Your Honor,

On August 1, 2005, the above noted defendant initially appeared before the Court charged in an Information with a violation of Title 18, United States Code, Section 2113(a) - Unarmed Bank Robbery (two counts); and Title 18, United States Code, Section 472 - Uttering Counterfeit Obligations.  He was released on his own recognizance without Pretrial Services supervision.  On August 26, 2005, Mr. Williams appeared before the Honorable D. Lowell Jensen, U.S. District Court Judge, and pled guilty to the above noted charges. Mr. Williams is scheduled for sentencing in this matter on December 2, 2005, before Judge Jensen.

In light of the defendant's arrest history, Pretrial Services would submit the enclosed record check report for Your Honor's review.

This memorandum is submitted for Your Honor's information and review.

Respectfully Submitted,

Taifa M. Gaskins
U.S. Pretrial Services Officer