1  STUART HANLON, SBN: 66104
   TAMBURELLO & HANLON
2  214 Duboce Avenue
   San Francisco, California 94103
3  (415) 431-4500

4  Attorney for Defendant
   RASHAD WILLIAMS
5

FILED
NOV 1 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6           IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA       )  No.   CR 05-00480 DLJ
9                                 )
           Plaintiff,              )  **STIPULATION AND [PROPOSED] ORDER**
10                                )  **RE CONTINUANCE OF SENTENCING**
      v.                          )  **DATE**
11                                )
                                  )
12 RASHAD WILLIAMS,               )
                                  )
13         Defendant.             )
                                  )
14 _____)

15
       IT IS HEREBY STIPULATED by the parties that the Sentencing
16
   Date presently scheduled for December 1, 2005, before the
17
   Honorable D. Lowell Jensen, is hereby continued to February
18
   3, 2006 at 10:00 a.m.
19
       This request is being made in order to give the United
20
   States Probation Department sufficient time to prepare a report
21
   and allow the defendant to provide documents in support of said
22
   report.   The Probation Department changed the defendant's initial
23
   assigned Probation Officer and therefore there was not sufficient
24 ///
25 ///
26 ///
27

28 *Williams: Stipulation and Order Re: Continuance*                           1

time for the preparation of a report by the currently set Sentencing date of December 1, 2005.

Dated: November 16, 2005

s/Stuart Hanlon
CSBN: 66104
Attorney for Defendant
RASHAD WILLIAMS
214 Duboce Avenue
San Francisco, CA 94103
415/431-4500
stuarthanlon@mindspring.com

s/Maryjean Chan
Assistant U.S. Attorney
Office of The U.S. Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
415/436-6888

**IT IS SO ORDERED.**

Dated: 11-18-05

_____
Hon. Judge D. Lowell Jensen
United States District Court

2