KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MERRY JEAN CHAN (CASBN 229254)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: (510) 637-5705
   Facsimile: (510) 637-3724
   Email: merry.chan@usdoj.gov

Attorneys for the United States

**FILED**
DEC 1 9 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>    Plaintiff, ) <br>   v. ) <br> RASHAD MORRIS WILLIAMS, ) <br>    Defendant. ) | No. CR 05-00480 DLJ <br><br> NOTICE OF DISMISSAL <br> (AMENDED TO SHOW PROPER DATE) |

On December 7, 2005, the defendant sustained a fatal gunshot wound. With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information with prejudice.

DATED: December 16, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

BRIAN J. STRETCH
Chief, Oakland Branch Office

CR 05-00480 DLJ
NOTICE OF DISMISSAL

COPIES MAILED TO
PARTIES OF RECORD
AUUSMS; P.T. SVCS; FINANCIAL IS

1 | Leave of Court is granted to the government to dismiss the information in this case.

3 | Date: __Dec 19, 2005__

HON. D. LOWELL JENSEN
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF DISMISSAL**
(AMENDED)

Pertaining to the following matter:

**UNITED STATES OF AMERICA v. RASHAD MORRIS WILLIAMS**
**CR-05-00480 DLJ**

to be served this date upon the party(ies) as follows:

_____ FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ PERSONAL SERVICE (BY HAND DELIVERY)

\_\_\_X\_\_\_ FACSIMILE (FAX)  Telephone No.: (415) 255-8631

_____ FEDERAL EXPRESS

to the parties addressed as follows:

Mr. Stuart Hanlon
TAMBURELLO & HANLON
214 Duboce
San Francisco, CA 94103

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 16, 2005 at Oakland, California.

*Cynthia A. Daniel*
Cynthia A. Daniel
Lead Legal Assistant